UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.  03-10374-MEL

|  |  |
|---|---|
| ALA QUEIRI<br>    Plaintiff | )<br>)<br>)<br>) |
| Vs. | )<br>) |
| ATALA CORPORATION<br>    Defendant | )<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certification.  There are no areas of dispute with regard to the Proposed Pretrial Schedule.

## I. Agenda of Matters to be Discussed at Scheduling Conference

A.  Proposed Pretrial Schedule

1.  Discovery Plan
2.  Motion Schedule
3.  Pretrial Conference
4.  Any matter listed in FRCP 16(c), or which the Court deems appropriate.

B.  Mediation/Alternative Dispute Resolution

C.  Trial by Magistrate Judge-The parties are not willing to have this case tried by a Magistrate Judge.

D.  Plaintiff's Settlement Proposal

## II. Proposed Pretrial Schedule

### A. Discovery Plan

1. **Deadline for the Completion of Fact Discovery: May 22, 2004**

Discovery shall be served so that the responses shall be served or depositions shall be completed by May 22, 2004. For the time being, the parties agree that the discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C). Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules. Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1 (C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

### B. Motion Schedule

1. Motions for Summary Judgment pursuant to Rule 56 shall be filed by **July 22, 2004.** The Opposition to the Motion for Summary Judgment shall be filed by **August 22, 2004.**

## III. Certification By Counsel and Parties

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Plaintiff and Plaintiff that they have conferred on the matters set forth in that Rule is attached hereto.     Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Defendant and an authorized representative of Defendant that they have conferred on the matters set forth in that Rule has been filed with the Court separately from this Memo.

Ala Queiri
By his attorney

Mitchell Jay Notis
Annenberg & Levine, LLC
370 Washington Street
Brookline, MA 02446
617-566-2700
BBO# 374360


Atala Corporation
By its attorneys,

Anne-Marie H. Gerber
Fitzhugh, Parker & Alvaro LLP
155 Federal Street-Suite 1700
Boston, MA 02110-1727
617-695-2330
BBO#649337

### CERTIFICATE OF SERVICE

I, Mitchell Jay Notis, hereby certify that I served a copy of the foregoing Document upon counsel for all other parties to this action by first class mail, postage prepaid, this ___ day of _____, 2003.

Mitchell Jay Notis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-10374-MEL

ALA QUEIRI )
  Plaintiff )
 )
 )
Vs. )
 )
ATALA CORPORATION )
  Defendant )
 )

## LOCAL RULE 16.1 CERTIFICATION

Ala Queiri, Plaintiff in the above-captioned action, and Mitchell Jay Notis, counsel to Plaintiff Queiri in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Ala Queiri

Mitchell Jay Notis
Annenberg & Levine
370 Washington Street
Brookline, MA 02446
617-566-2700
BBO# 374360