UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-10374-MEL

|  |  |
|---|---|
| ALA QUEIRI, <br> Plaintiff, <br> vs. <br><br> ATALA CORPORATION, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Ala

Queiri and defendant Atala Corporation hereby stipulate that this action be dismissed

with prejudice and with each party to bear its own costs and  attorneys' fees, waiving all

rights of appeal, as well as notice under Fed. R. Civ. P. 77(d).


**ATALA CORPORATION**
By Its Attorneys,



Michael A. Fitzhugh, BBO 169700
Anne-Marie H. Gerber, BBO 649337
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

**ALA QUEIRI**
By His Attorney,



Mitchell J. Notis, BBO No.374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
(617) 566-2700

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I have served a copy of the above document on all counsel of record listed below, by first class mail, postage prepaid.

Mitchell J. Notis, Esq.
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

Anne-Marie H.  Gerber

2